**21 So.2d 853**

**Hulda Haustein ANNAN v. Louise HAUSTEIN et al.**

I Div. 224.

Supreme Court of Alabama.

Feb. 16, 1945.

Sam M. Johnston, of Mobile, for appellant.

C. M. A. Rogers, of Mobile, for appellees.

PER CURIAM.

Appeal dismissed by agreement.

**18 So.2d 877**

**W. P. AYERS v. E. YORK et al.**

5 Div. 397.

Supreme Court of Alabama.

May 23, 1944.

Rutherford Lapsley, of Anniston, and H. T. Burns, of Wedowee, for appellant.

John D. Bibb, of Anniston, for appellees.

PER CURIAM.

Appeal dismissed without prejudice.

**19 So.2d 850**

**Alex BRIDGES, Jr., v. STATE.**

I Div. 219.

Supreme Court of Alabama.

Nov. 14, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed, want of prosecution.

**21 So.2d 853**

**A. K. CALLAHAN, as Guardian ad Litem for Evelyn Callahan Webb, a minor v. Arthur WEBB.**

6 Div. 188.

Supreme Court of Alabama.

Apr. 17, 1945.

A. K. Callahan, of Tuscaloosa, for appellant.

E. W. Skidmore, of Tuscaloosa, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

**18 So.2d 877**

**Carl J. DILLARD v. Katie B. DILLARD.**

7 Div. 770.

Supreme Court of Alabama.

May 25, 1944.

Roberts & Cunningham, of Gadsden, for appellant.

Rains & Rains, of Gadsden, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.